# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50097 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Smith vs. Astrue | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, Claimant's Motion for Summary Judgment is denied. Defendant's Motion for Summary Judgment is granted.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|